# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**321**

**KA 12-01198**

PRESENT: SCUDDER, P.J., FAHEY, SCONIERS, AND MARTOCHE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

        V                                      OPINION AND ORDER

MICHAEL MIRAN, PH.D. PSYCHOLOGIST, P.C.,
DEFENDANT-APPELLANT.
(APPEAL NO. 3.)

---

THE PARRINELLO LAW FIRM, LLP, ROCHESTER (BRUCE F. FREEMAN OF COUNSEL),
AND CERULLI, MASSARE & LEMBKE, FOR DEFENDANT-APPELLANT.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (JODI A. DANZIG OF
COUNSEL), FOR RESPONDENT.

---

Appeal from a judgment of the Supreme Court, Monroe County
(Richard A. Dollinger, A.J.), rendered October 15, 2010.  The judgment
convicted defendant, upon a plea of guilty, of grand larceny in the
second degree.

It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed.

Same Opinion as in *People v Miran* ([appeal No. 1] ___ AD3d ___
[Apr. 26, 2013]).

Entered:  April 26, 2013                          Frances E. Cafarell
                                             Clerk of the Court